UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOLLY KARP, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE GAP, INC.,<br><br>　　　　　　　　Defendant. | C.A. No.  4:13-cv-11600-TSH |

### **DEFENDANT'S MOTION TO TRANSFER THIS CASE TO THE EASTERN DIVISION**

Pursuant to Local Rule 40.1, defendant The Gap, Inc. ("Gap") hereby moves that the Court transfer this case to the Eastern Division of the United States District Court for the District of Massachusetts.  As grounds for the motion, Gap states that (1) this action is required to proceed in the division in which all parties reside – the Eastern Division of the District of Massachusetts, and (2) there is good cause to transfer the action because the only meaningful Massachusetts connections to this action are in the Eastern Division and therefore pursuing the action in the Eastern Division would be more convenient for all parties.  A memorandum of law in support of this motion is being filed simultaneously herewith.

WHEREFORE, for the reasons set forth above and in its accompanying memorandum of law, Gap respectfully requests that this Court transfer this matter to the Eastern Division of the District of Massachusetts.

## **REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(D), Gap requests a hearing on this motion, on the ground that oral argument is likely to be of assistance to the Court.

August 2, 2013                                                             Respectfully submitted,

*/s/ Robert B. Lovett*
Robert B. Lovett (BBO #561691)
 *rlovett@cooley.com*
COOLEY LLP
500 Boylston Street
Boston, MA  02116-3736
Tel.:  (617) 937-2300
Fax:  (617) 937-2400

Michelle C. Doolin (*pro hac vice forthcoming*)
 *mdoolin@cooley.com*
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Tel.:  (858) 550-6000
Fax:  (858) 550-6420

*COUNSEL FOR DEFENDANT THE GAP, INC.*

**LOCAL RULE 7.1 CERTIFICATION**

The undersigned counsel hereby certifies that counsel for Defendant The Gap, Inc. has conferred with Plaintiff's counsel and that we have attempted in good faith to resolve or narrow the issues presented by this motion.

>     */s/ Robert B. Lovett*
> Robert B. Lovett

**CERTIFICATE OF SERVICE**

I, Robert B. Lovett, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 2nd day of August, 2013.

/s/ *Robert B. Lovett*
Robert B. Lovett