**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MOLLY KARP, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE GAP, INC.,<br><br>Defendant. | Case No. 4:13-cv-11600-TSH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, on this 12ᵗʰ day of February 2015, by

and between Plaintiff, Molly Karp, and Defendant, the Gap, Inc., that pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii), this action be dismissed with prejudice as to Ms. Karp in her individual capacity.

Dated:  February 12, 2015

Respectfully Submitted,

*/s/ Robert B. Lovett*
Robert B. Lovett (BBO #561691)
*rlovett@cooley.com*
COOLEY LLP
500 Boylston Street
Boston, MA 02116-3736
Tel.: (617) 937-2300
Fax: (617) 937-2400

Michelle C. Doolin (*pro hac vice*)
*mdoolin@cooley.com*
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Tel.: (858) 550-6000
Fax: (858) 550-6420

*Attorneys for Defendant*

*/s/ Elizabeth Ryan*
Elizabeth Ryan, BBO #549632
John Roddy, BBO #424240
BAILEY & GLASSER LLP
99 High Street, Suite 304
Boston, MA 02110
Telephone: (617) 439-6730
Fax: (617) 951-3954
eryan@baileyglasser.com
jroddy@baileyglasser.com

Joseph J. Siprut (*admitted pro hac vice*)
jsiprut@siprut.com
Brandon Cavanaugh
bcavanaugh@siprut.com
SIPRUT PC
17 North State Street, Suite 1600
Chicago, IL 60602
312.236.0000
312.948.9196 (fax)

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) and paper copies will be sent to those indicated as non-registered participants on February 12, 2015.


*/s/ Elizabeth Ryan*
Elizabeth Ryan